```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 19-04007-RNO
Donald Leslie Verge                                             Chapter 13
Tracy A. Verge
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: BIrving           Page 1 of 1           Date Rcvd: Oct 21, 2019
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
intp           +Dena Summers,   9 Brinker Drive,   Doylestown, PA 18901-7046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5248371         ##+KELLY & DENA SUMMERS,   60 SOUTH SHORE DRIVE,   LAKE ARIEL, PA 18436-4855
                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Thomas Song    on behalf of Creditor    Jpmorgan Chase Bank, National Association pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Donald Leslie Verge
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 2 Tracy A. Verge
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**Hon. Robert N. Opel, II**
Chief Bankruptcy Judge

Max Rosenn United States Courthouse
197 South Main Street, Suite 144
Wilkes-Barre, Pennsylvania 18701
Telephone: (570) 831-2536

October 21, 2019

Dena and Kelly Summers
9 Brinker Drive
Doylestown, PA 18901

Re: **Donald and Tracy Verge**
Case No. 5-19-bk-04007 RNO

Dear Mr. and Mrs. Summers:

    This will acknowledge receipt of your correspondence dated October 17, 2019. I am unable to take any action on the paper which you filed. My role as a judge is to be an independent decision maker, after hearing both sides of a dispute.

    It appears that you may wish to either object to the dischargeability of your debt or, object to the Debtors' general Chapter 13 bankruptcy discharge. In order to question the dischargeability of your claim, or to generally oppose the Debtors' Chapter 13 discharge, a complaint must be filed with the Bankruptcy Court on or before January 17, 2020. I would strongly recommend that you consult with bankruptcy counsel with regard to any such action.

    Qualified bankruptcy counsel may suggest other options which are available to you. Thank you for your consideration.

Sincerely,

*[signature]*

The Honorable Robert N. Opel, II

RNO,II:bai