## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracy A. Verge<br>aka Tracy Ann Verge<br>aka Tracy Verge<br>aka Tracy A. Corley<br>Donald Leslie Verge<br>aka Donald L. Verge<br>aka Donald Verge<br>dba Pocono Home Exteriors<br>aka Don Verge<br><br>**Debtor(s)** | BK NO. 19-04007 RNO<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                Respectfully submitted,

                **/s/ James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                215-627-1322