UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Donald Leslie Verge                                          Case No.: 19-04007

    And

Tracy A. Verge

    Debtors                                              : CHAPTER 13

## ENTRY OF APPEARANCE AND NOTICE

Monroe County Tax Claim Bureau hereby enters its appearance and request for notice as a secured and priority creditor and holder of real estate taxes with the following mailing address:

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA  18360
Email: MKnitter@monroecountypa.gov


    "/s/ Melinda S. Knitter"
    Melinda S. Knitter, Bankruptcy Clerk


Parcel # 20/13B/1/63