```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 19-04007-RNO
Donald Leslie Verge                                                      Chapter 13
Tracy A. Verge
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: MichaelMc              Page 1 of 3              Date Rcvd: Nov 20, 2019
                              Form ID: ntcnfhrg            Total Noticed: 83


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db/jdb         +Donald Leslie Verge,    Tracy A. Verge,    188 Elk Drive,    Blakeslee, PA 18610-7782
intp           +Dena Summers,   9 Brinker Drive,    Doylestown, PA 18901-7046
5248335        +ALLENTOWN ANES ASSOC INC,    LOCK BOX 3357 PO BOX 8500,    PHILADELPHIA, PA 19178-0001
5248336         APEX ASSET MGT,    2501 OREGON PIKE STE 120,    LANCASTER, PA 17601-4890
5248337         APOTHAKER SCIAN PC,    PO BOX 5496,   MOUNT LAUREL, NJ 08054-5496
5248340        +BERKHEIMER TAX ADMINISTRATION,    50 NORTH SEVENTH STREET,    BANGOR, PA 18013-1795
5248341        +BLUE MOUNTAIN HOME HEALTHCARE,    211 N 12TH STREET,   LEHIGHTON, PA 18235-1138
5248342        +BRIER CREST WOODS POA,    117 THORNBERRY LANE,    BLAKESLEE, PA 18610-7920
5256970        +Berkheimer, for Tunkhannock twp/Pocono Mt. SD,    50 North Seventh Street,
                 Bangor, PA 18013-1731
5248348        +CHASE BANK,   PO BOX 15123,    WILMINGTON, DE 19850-5123
5248349        +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
5248350        +CHASE MORTGAGE,    MAIL CODE LA4-6475,    700 KANSAS LANE,    MONROE, LA 71203-4774
5248351        +CITI CARDS,   BOX 6062,    SIOUX FALLS, SD 57117-6062
5248352         COLON-RECTAL SURGERY ASSOCIATES,    1255 S CEDAR CREST BLVD STE 3900,    ALLENTOWN, PA 18103-6250
5248354        +CONSTAR FINANCIAL SERVICES,    10400 N 25TH AVE STE 100,    PHOENIX, AZ 85021-1610
5267108         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5248356         DAVID GUIGA,    291 ELK RUN ROAD,    POCONO PINES, PA 18350
5248357        +DELL FINL SVCS/WEBBANK,    PO BOX 81607,   AUSTIN, TX 78708-1607
5248358        +EMERG CARE SERVICE OF PA,    C/O ARS,   1643 NW 136TH AVE BLDG H STE100,
                 SUNRISE, FL 33323-2857
5248359         EMERGENCY CARE SERV OF PA,    AKRON BILLING CENTER,    3585 RIDGE PARK DRIVE,
                 AKRON, OH 44333-8203
5248360         FIRST PREMIER BANK,    PO BOX 5524,   SIOUX FALLS, SD 57117-5524
5248361         FMS,   PO BOX 707600,   TULSA, OK 74170-7600
5248364        +HEADWAY CAPITAL,    175 W JACKSON BLVD,    SUITE 1000,    CHICAGO, IL 60604-2863
5248365         HRRG,   PO BOX 8486,   CORAL SPRINGS, FL 33075-8486
5263080        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
5248367        +JOHN S BENSON ESQ,    PENGLASE & BENSON INC,    18 NORTH MAIN STREET,    DOYLESTOWN, PA 18901-4366
5248368        +JOSEPH & VINCENT POTENZO,    PO BOX 71,   CANADENSIS, PA 18325-0565
5248369        +JOSEPH MCDONALD ESQ,    1651 W MAIN STREET,    STROUDSBURG, PA 18360-1023
5248370        +JPMORGAN CHASE BANK NA,    1111 POLARIS PARKWAY,    COLUMBUS, OH 43240-2050
5257047        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5269712        +Kelly and Dena Summers,    c/o Patrick J. Best, Esq.,    18 N. 8th St.,
                 Stroudsburg, PA 18360-1718
5248373        +LEHIGH VALLEY ANES SERV,    LOCK BOX 3367 PO BOX 8500,    PHILADELPHIA, PA 19178-0001
5248374         LEHIGH VALLEY HEALTH NETWORK,    PO BOX 4067,    ALLENTOWN, PA 18105-4067
5248377        +MONROE RADIOLOGY IMAGING PC,    PO BOX 12 B,    EAST STROUDSBURG, PA 18301-0012
5248378        +MRS BPO LLC,    1930 OLNEY AVE,   CHERRY HILL, NJ 08003-2016
5268289        +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
5248381         PA DEPT OF REVENUE,    BUREAU OF COMP LIEN SECTION,    PO BOX 280948,    HARRISBURG, PA 17128-0948
5248380        +PA DEPT OF REVENUE,    BUREAU OF COLLECTIONS,    PO BOX 281041,    HARRISBURG, PA 17128-1041
5248382        +PA HM ASSOCIATES,    C/O ARS,   1643 NW 136TH AVE BLDG H STE 100,    SUNRISE, FL 33323-2857
5248383         PHELAN HALLINAN DIAMOND JONES,    1617 JFK BLVD SUITE 1400,    ONE PENN CENTER PLAZA,
                 PHILADELPHIA, PA 19103
5248384        +POCONO HEALTHCARE MANAGEMENT,    ATTN BILLING OFFICE,    PO BOX 827658,
                 PHILADELPHIA, PA 19182-7658
5248385        +POCONO HOME EXTERIORS,    188 ELK DRIVE,    BLAKESLEE, PA 18610-7782
5248387         PPL ELECTRIC UTILITIES,    827 HOUSMAN ROAD,    ALLENTOWN, PA 18104-9392
5269711        +Patrick J. Best, Esq.,    18 N. 8th St.,    Stroudsburg, PA 18360-1718
5248388         SOUTH JERSEY HEALTH SYSTEM,    C/O PMAB LLC,    4135 SOUTHSTREAM BLVD,    CHARLOTTE, NC 28217-4523
5248390        +TED E WAGNER & EMILIA R WAGNER,    1146 S TREELINE DRIVE,    ALLENTOWN, PA 18103-6050
5248391        +THOMAS D SUNDMAKER ESQ,    738 MAIN STREET,    STROUDSBURG, PA 18360-2038
5248392        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA FINANCIAL SERVICES,     PO BOX 8026,
                 CEDAR RAPIDS, IA 52409-8026)
5269335        +Ted E. Wagner and Emilia R. Wagner,    1146 South Treeline Drive,    Allentown, PA 18103-6050
5254305        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5248393        ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US BANK,    CARDMEMBER SERVICE,    PO BOX 6339,
                 FARGO, ND 58125-6339)
5248395        +WILLIAM J FRIES ESQ,    THE ATRIUM SUITE 106,    2895 HAMILTON BLVD,    ALLENTOWN, PA 18104-6172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2019 19:41:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5254712         E-mail/Text: Bankruptcy@absoluteresolutions.com Nov 20 2019 19:36:58
                 Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
5248338        +E-mail/Text: ACF-EBN@acf-inc.com Nov 20 2019 19:36:57       ATLANTIC CREDIT & FINANCE,
                 PO BOX 13386,    ROANOKE, VA 24033-3386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5248334        +E-mail/Text: Bankruptcy@absoluteresolutions.com Nov 20 2019 19:36:58
                Absolute Resolutions Invest,    8000 Norman Center Dr., Ste. 350,    Minneapolis, MN 55437-1118
5248339         E-mail/Text: cms-bk@cms-collect.com Nov 20 2019 19:37:11      BARCLAYS BANK DE,
                C/O CAPITAL MANAGEMENT SVCS,    698 1/2 SOUTH OGDEN ST,    BUFFALO, NY 14206-2317
5248343        +E-mail/Text: bankruptcy@cavps.com Nov 20 2019 19:37:42      CALVARY SPV I LLC,
                500 SUMMIT LAKE DRIVE,    SUITE 400,    VALHALLA, NY 10595-2321
5248344        +E-mail/Text: bnc-capio@quantum3group.com Nov 20 2019 19:37:23      CAPIO PARTNERS,
                2222 TEXOMA PKWY,    SUITE 150,    SHERMAN, TX 75090-2481
5248345         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 20 2019 19:39:57      CAPITAL ONE,
                PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5248346        +E-mail/Text: bankruptcy@cavps.com Nov 20 2019 19:37:42      CAVALRY,   PO BOX 520,
                VALHALLA, NY 10595-0520
5248347        +E-mail/Text: bnc-capio@quantum3group.com Nov 20 2019 19:37:24
                CF MEDICAL LLC/LEHIGH VALLEY HEALTH,    C/O MITCHELL  BLUHM & ASSOCIATES,
                3400 TEXOMA PARKWAY SUITE 100,    SHERMAN, TX 75090-1916
5248353         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 20 2019 19:37:15      COMENITY BANK,
                BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5248355        +E-mail/PDF: creditonebknotifications@resurgent.com Nov 20 2019 19:40:01      CREDIT ONE BANK,
                PO BOX 98873,    LAS VEGAS, NV 89193-8873
5261166        +E-mail/Text: bankruptcy@cavps.com Nov 20 2019 19:37:42      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5248362        +E-mail/Text: Banko@frontlineas.com Nov 20 2019 19:38:01      FRONTLINE ASSET STRATEGIES,
                2700 SNELLING AVE N STE 250,    SAINT PAUL, MN 55113-1783
5248363         E-mail/Text: bankruptcy.notices@hdfsi.com Nov 20 2019 19:37:52
                HARLEY-DAVIDSON FINANCIAL SVCS,    PO BOX 21908,    CARSON CITY, NV 89721-1908
5248366         E-mail/Text: cio.bncmail@irs.gov Nov 20 2019 19:37:08      IRS,   CENTRALIZED INSOLVENCY OP,
                PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5248372         E-mail/Text: bncnotices@becket-lee.com Nov 20 2019 19:37:04      KOHLS/CAPITAL ONE,
                PO BOX 3115,    MILWAUKEE, WI 53201-3115
5254282         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 19:40:03      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5248375        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2019 19:37:26      MIDLAND CREDIT MANAGEMENT,
                2365 NORTHSIDE DRIVE,    SUITE 300,    SAN DIEGO, CA 92108-2709
5248376        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2019 19:37:26      MIDLAND FUNDING,
                2365 NORTHSIDE DR STE 300,    SAN DIEGO, CA 92108-2709
5270357        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2019 19:37:26      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
5268650        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2019 19:37:26      Midland Funding, LLC,
                Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                Warren, MI 48090-2011
5248379        +E-mail/PDF: cbp@onemainfinancial.com Nov 20 2019 19:39:46      ONEMAIN,   PO BOX 70912,
                CHARLOTTE, NC 28272-0912
5266701        +E-mail/PDF: cbp@onemainfinancial.com Nov 20 2019 19:40:16      Onemain,   PO Box 3251,
                Evansville, IN 47731-3251
5248386         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2019 19:40:30
                PORTFOLIO RECOVERY,    120 CORPORATE BLVD,    NORFOLK, VA 23502-4962
5266966         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2019 19:40:00
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5251361        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2019 19:37:22
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
5267225        +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 20 2019 19:37:37      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5248389         E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 19:40:52      SYNCHRONY BANK,
                ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
5249100        +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 19:39:53      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5248394        +E-mail/PDF: DellBKNotifications@resurgent.com Nov 20 2019 19:40:02      WEB BANK/DELL,
                PO BOX 81607,    AUSTIN, TX 78708-1607
                                                                                              TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5269716*       +Patrick J. Best, Esq.,    18 N. 8th St.,    Stroudsburg, PA 18360-1718
5255890*       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5248371       ##+KELLY & DENA SUMMERS,    60 SOUTH SHORE DRIVE,    LAKE ARIEL, PA 18436-4855
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0314-5           User: MichaelMc            Page 3 of 3            Date Rcvd: Nov 20, 2019
                               Form ID: ntcnfhrg          Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
              Charles J DeHart, III  (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Thomas  Song    on behalf of Creditor    Jpmorgan Chase Bank, National Association pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Donald Leslie Verge
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 2 Tracy A. Verge
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Donald Leslie Verge,<br>aka Donald L. Verge, aka Donald Verge, aka Don Verge,<br>dba Pocono Home Exteriors,<br><br>**Debtor 1**<br><br>Tracy A. Verge,<br>aka Tracy Ann Verge, aka Tracy Verge, aka Tracy A. Corley,<br><br>**Debtor 2** | Chapter 13<br><br>Case No.   5:19−bk−04007−RNO |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **January 1, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 8, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 20, 2019 |

ntcnfhrg (03/18)