```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 19-04007-RNO
Donald Leslie Verge                                               Chapter 13
Tracy A. Verge
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: MichaelMc          Page 1 of 3          Date Rcvd: Nov 20, 2019
                              Form ID: pdf002          Total Noticed: 83


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db/jdb         +Donald Leslie Verge,    Tracy A. Verge,    188 Elk Drive,    Blakeslee, PA 18610-7782
intp           +Dena Summers,    9 Brinker Drive,    Doylestown, PA 18901-7046
5248335        +ALLENTOWN ANES ASSOC INC,    LOCK BOX 3357 PO BOX 8500,    PHILADELPHIA, PA 19178-0001
5248336         APEX ASSET MGT,    2501 OREGON PIKE STE 120,    LANCASTER, PA 17601-4890
5248337         APOTHAKER SCIAN PC,    PO BOX 5496,    MOUNT LAUREL, NJ 08054-5496
5248340        +BERKHEIMER TAX ADMINISTRATION,    50 NORTH SEVENTH STREET,    BANGOR, PA 18013-1795
5248341        +BLUE MOUNTAIN HOME HEALTHCARE,    211 N 12TH STREET,    LEHIGHTON, PA 18235-1138
5248342        +BRIER CREST WOODS POA,    117 THORNBERRY LANE,    BLAKESLEE, PA 18610-7920
5256970        +Berkheimer, for Tunkhannock twp/Pocono Mt. SD,    50 North Seventh Street,
                 Bangor, PA 18013-1731
5248348        +CHASE BANK,    PO BOX 15123,    WILMINGTON, DE 19850-5123
5248349        +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
5248350        +CHASE MORTGAGE,    MAIL CODE LA4-6475,    700 KANSAS LANE,    MONROE, LA 71203-4774
5248351        +CITI CARDS,    BOX 6062,    SIOUX FALLS, SD 57117-6062
5248352         COLON-RECTAL SURGERY ASSOCIATES,    1255 S CEDAR CREST BLVD STE 3900,    ALLENTOWN, PA 18103-6250
5248354        +CONSTAR FINANCIAL SERVICES,    10400 N 25TH AVE STE 100,    PHOENIX, AZ 85021-1610
5267108         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5248356         DAVID GUIGA,    291 ELK RUN ROAD,    POCONO PINES, PA 18350
5248357        +DELL FINL SVCS/WEBBANK,    PO BOX 81607,    AUSTIN, TX 78708-1607
5248358        +EMERG CARE SERVICE OF PA,    C/O ARS,    1643 NW 136TH AVE BLDG H STE100,
                 SUNRISE, FL 33323-2857
5248359         EMERGENCY CARE SERV OF PA,    AKRON BILLING CENTER,    3585 RIDGE PARK DRIVE,
                 AKRON, OH 44333-8203
5248360         FIRST PREMIER BANK,    PO BOX 5524,    SIOUX FALLS, SD 57117-5524
5248361         FMS,    PO BOX 707600,    TULSA, OK 74170-7600
5248364        +HEADWAY CAPITAL,    175 W JACKSON BLVD,    SUITE 1000,    CHICAGO, IL 60604-2863
5248365         HRRG,    PO BOX 8486,    CORAL SPRINGS, FL 33075-8486
5263080        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
5248367        +JOHN S BENSON ESQ,    PENGLASE & BENSON INC,    18 NORTH MAIN STREET,    DOYLESTOWN, PA 18901-4366
5248368        +JOSEPH & VINCENT POTENZO,    PO BOX 577,    CANADENSIS, PA 18325-0565
5248369        +JOSEPH MCDONALD ESQ,    1651 W MAIN STREET,    STROUDSBURG, PA 18360-1023
5248370        +JPMORGAN CHASE BANK NA,    1111 POLARIS PARKWAY,    COLUMBUS, OH 43240-2050
5257047        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5269712        +Kelly and Dena Summers,    c/o Patrick J. Best, Esq.,    18 N. 8th St.,
                 Stroudsburg, PA 18360-1718
5248373        +LEHIGH VALLEY ANES SERV,    LOCK BOX 3367 PO BOX 8500,    PHILADELPHIA, PA 19178-0001
5248374         LEHIGH VALLEY HEALTH NETWORK,    PO BOX 4067,    ALLENTOWN, PA 18105-4067
5248377        +MONROE RADIOLOGY IMAGING PC,    PO BOX 12 B,    EAST STROUDSBURG, PA 18301-0012
5248378        +MRS BPO LLC,    1930 OLNEY AVE,    CHERRY HILL, NJ 08003-2016
5268289        +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
5248381         PA DEPT OF REVENUE,    BUREAU OF COMP LIEN SECTION,    PO BOX 280948,    HARRISBURG, PA 17128-0948
5248380        +PA DEPT OF REVENUE,    BUREAU OF COLLECTIONS,    PO BOX 281041,    HARRISBURG, PA 17128-1041
5248382        +PA HM ASSOCIATES,    C/O ARS,    1643 NW 136TH AVE BLDG H STE 100,    SUNRISE, FL 33323-2857
5248383         PHELAN HALLINAN DIAMOND JONES,    1617 JFK BLVD SUITE 1400,    ONE PENN CENTER PLAZA,
                 PHILADELPHIA, PA 19103
5248384        +POCONO HEALTHCARE MANAGEMENT,    ATTN  BILLING OFFICE,    PO BOX 827658,
                 PHILADELPHIA, PA 19182-7658
5248385        +POCONO HOME EXTERIORS,    188 ELK DRIVE,    BLAKESLEE, PA 18610-7782
5248387         PPL ELECTRIC UTILITIES,    827 HOUSMAN ROAD,    ALLENTOWN, PA 18104-9392
5269711        +Patrick J. Best, Esq.,    18 N. 8th St.,    Stroudsburg, PA 18360-1718
5248388         SOUTH JERSEY HEALTH SYSTEM,    C/O PMAB LLC,    4135 SOUTHSTREAM BLVD,    CHARLOTTE, NC 28217-4523
5248390        +TED E WAGNER & EMILIA R WAGNER,    1146 S TREELINE DRIVE,    ALLENTOWN, PA 18103-6050
5248391        +THOMAS D SUNDMAKER ESQ,    738 MAIN STREET,    STROUDSBURG, PA 18360-2038
5248392       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA FINANCIAL SERVICES,    PO BOX 8026,
                 CEDAR RAPIDS, IA 52409-8026)
5269335        +Ted E. Wagner and Emilia R. Wagner,    1146 South Treeline Drive,    Allentown, PA 18103-6050
5254305        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5248393       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US BANK,    CARDMEMBER SERVICE,    PO BOX 6339,
                 FARGO, ND 58125-6339)
5248395        +WILLIAM J FRIES ESQ,    THE ATRIUM SUITE 106,    2895 HAMILTON BLVD,    ALLENTOWN, PA 18104-6172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2019 19:39:58
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5254712         E-mail/Text: Bankruptcy@absoluteresolutions.com Nov 20 2019 19:36:58
                 Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
5248338        +E-mail/Text: ACF-EBN@acf-inc.com Nov 20 2019 19:36:57     ATLANTIC CREDIT & FINANCE,
                 PO BOX 13386,    ROANOKE, VA 24033-3386
```

```
District/off: 0314-5           User: MichaelMc            Page 2 of 3            Date Rcvd: Nov 20, 2019
                               Form ID: pdf002            Total Noticed: 83

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5248334        +E-mail/Text: Bankruptcy@absoluteresolutions.com Nov 20 2019 19:36:58
                 Absolute Resolutions Invest,    8000 Norman Center Dr., Ste. 350,    Minneapolis, MN 55437-1118
5248339         E-mail/Text: cms-bk@cms-collect.com Nov 20 2019 19:37:11      BARCLAYS BANK DE,
                 C/O CAPITAL MANAGEMENT SVCS,    698 1/2 SOUTH OGDEN ST,    BUFFALO, NY 14206-2317
5248343        +E-mail/Text: bankruptcy@cavps.com Nov 20 2019 19:37:39      CALVARY SPV I LLC,
                 500 SUMMIT LAKE DRIVE,    SUITE 400,    VALHALLA, NY 10595-2321
5248344        +E-mail/Text: bnc-capio@quantum3group.com Nov 20 2019 19:37:23      CAPIO PARTNERS,
                 2222 TEXOMA PKWY,    SUITE 150,    SHERMAN, TX 75090-2481
5248345         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 20 2019 19:39:55      CAPITAL ONE,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5248346        +E-mail/Text: bankruptcy@cavps.com Nov 20 2019 19:37:39      CAVALRY,   PO BOX 520,
                 VALHALLA, NY 10595-0520
5248347        +E-mail/Text: bnc-capio@quantum3group.com Nov 20 2019 19:37:23
                 CF MEDICAL LLC/LEHIGH VALLEY HEALTH,    C/O MITCHELL  BLUHM & ASSOCIATES,
                 3400 TEXOMA PARKWAY SUITE 100,    SHERMAN, TX 75090-1916
5248353         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 20 2019 19:37:14      COMENITY BANK,
                 BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5248355        +E-mail/PDF: creditonebknotifications@resurgent.com Nov 20 2019 19:41:01      CREDIT ONE BANK,
                 PO BOX 98873,    LAS VEGAS, NV 89193-8873
5261166        +E-mail/Text: bankruptcy@cavps.com Nov 20 2019 19:37:40      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5248362        +E-mail/Text: Banko@frontlineas.com Nov 20 2019 19:38:01      FRONTLINE ASSET STRATEGIES,
                 2700 SNELLING AVE N STE 250,    SAINT PAUL, MN 55113-1783
5248363         E-mail/Text: bankruptcy.notices@hdfsi.com Nov 20 2019 19:37:52
                 HARLEY-DAVIDSON FINANCIAL SVCS,    PO BOX 21908,    CARSON CITY, NV 89721-1908
5248366         E-mail/Text: cio.bncmail@irs.gov Nov 20 2019 19:37:06      IRS,   CENTRALIZED INSOLVENCY OP,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5248372         E-mail/Text: bncnotices@becket-lee.com Nov 20 2019 19:37:02      KOHLS/CAPITAL ONE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
5254282         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 19:40:04      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5248375        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2019 19:37:26      MIDLAND CREDIT MANAGEMENT,
                 2365 NORTHSIDE DRIVE,    SUITE 300,    SAN DIEGO, CA 92108-2709
5248376        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2019 19:37:26      MIDLAND FUNDING,
                 2365 NORTHSIDE DR STE 300,    SAN DIEGO, CA 92108-2709
5270357        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2019 19:37:26      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5268650        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2019 19:37:26      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5248379        +E-mail/PDF: cbp@onemainfinancial.com Nov 20 2019 19:39:45      ONEMAIN,   PO BOX 70912,
                 CHARLOTTE, NC 28272-0912
5266701        +E-mail/PDF: cbp@onemainfinancial.com Nov 20 2019 19:39:46      Onemain,   PO Box 3251,
                 Evansville, IN 47731-3251
5248386         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2019 19:54:06
                 PORTFOLIO RECOVERY,    120 CORPORATE BLVD,    NORFOLK, VA 23502-4962
5266966         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2019 19:39:59
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5251361        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2019 19:37:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
5267225        +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 20 2019 19:37:36      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5248389         E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 19:40:48      SYNCHRONY BANK,
                 ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
5249100        +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 19:40:17      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5248394        +E-mail/PDF: DellBKNotifications@resurgent.com Nov 20 2019 19:40:03      WEB BANK/DELL,
                 PO BOX 81607,    AUSTIN, TX 78708-1607
                                                                                              TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5269716*       +Patrick J. Best, Esq.,   18 N. 8th St.,    Stroudsburg, PA 18360-1718
5255890*       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5248371       ##+KELLY & DENA SUMMERS,    60 SOUTH SHORE DRIVE,    LAKE ARIEL, PA 18436-4855
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
          Thomas   Song    on behalf of Creditor    Jpmorgan Chase Bank, National Association pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent   Rubino    on behalf of Debtor 1 Donald Leslie Verge
           lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
           williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
          Vincent   Rubino    on behalf of Debtor 2 Tracy A. Verge
           lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
           williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                          TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DONALD LESLIE VERGE,<br>aka DONALD L. VERGE,<br>aka DONALD VERGE,<br>dba POCOO HOME EXTERIORS,<br>and TRACY A. VERGE,<br>aka TRACY ANN VERGE,<br>aka TRACY VERGE,<br>aka TRACY A. CORLEY,<br>Debtors | CHAPTER 13<br><br>CASE NO.<br><br> X  ORIGINAL PLAN<br>___ AMENDED PLAN (Indicate 1st , 2nd , 3rd<br>    , etc.)<br>___ Number of Motions to Avoid Liens<br>___ Number of Motions to Value Collateral |

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☑ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☑ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1. PLAN FUNDING AND LENGTH OF PLAN.**

    **A. Plan Payments From Future Income**

        1.  To date, the Debtor paid **$0.00** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is **$52,950.00**, plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 10/2019 | 03/2020 | $410.00 | N/A | $410.00 | $2,460.00 |
| 04/2020 | 09/2024 | $935.00 | N/A | $935.00 | $50,490.00 |
|  |  |  |  |  |  |
|  |  |  |  | Total Payments: | $52,950.00 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE:  ( X ) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

    (   ) Debtor is over median income.  Debtor estimates that a minimum of  $_____ must be paid to allowed unsecured creditors in order to comply with the Means Test.

**B. Additional Plan Funding From <u>Liquidation of Assets/Other</u>**

1. The Debtor estimates that the liquidation value of this estate is $_____. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

  X   No assets will be liquidated. *If this line is checked, the rest of § 1.B need not be completed or reproduced.*

  ___  Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $_____ from the sale of property known and designated as _____. All sales shall be completed by _____, 20____. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____.

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _____

2. **SECURED CLAIMS.**

   A. **Pre-Confirmation Distributions.** *Check one.*

   __X__ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

   ____ Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

   | Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
   |---|---|---|
   |  |  |  |

   1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

   2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

   B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

   ____ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

   __X__ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

   | Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
   |---|---|---|
   | **Toyota Financial Services** | **2009 Ford Flex** | **9003** |

3

**111.** **Arrears, including, but not limited to, claims secured by Debtor's principal residence.** *Check one.*

__X__ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

____ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
|  |  |  |  |  |

**D. Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

____ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

__X__ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under § 1328 of the Code.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

4

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| **PA Dept. of Revenue** | **Tax Liens on 111 Laurel Lane, Blakeslee, PA 18610** | $4,806.68 | 6% | $5,671.08 |

**E. Secured claims for which a § 506 valuation is applicable.** *Check one.*

__X__ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

____ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under § 1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**F. Surrender of Collateral.** *Check one.*

____ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

__X__ The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan or upon approval of any modified plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| **Chase Mortgage** | **111 Laurel Lane, Blakeslee, PA 18610** |
| **One Main** | **111 Laurel Lane, Blakeslee, PA 18610** |
| **Brier Crest Woods POA** | **111 Laurel Lane, Blakeslee, PA 18610** |
| **Toyota Financial Services** | **2010 Toyota Tundra Pickup Truck** |

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

__X__  None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

___  The Debtor moves to avoid the following judicial and/or nonpossessory, non-purchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| Name of Lien Holder. | | | |
|---|---|---|---|
| Lien Description. (For a judicial lien, include court and docket number.) | | | |
| Description of the liened property. | | | |
| Liened Asset Value | | | |
| Sum of Senior Liens | | | |
| Exemption Claimed | | | |
| Amount of Lien | | | |
| Amount Avoided | | | |

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

      1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

      2. Attorney's fees. Complete only one of the following options:

         a. In addition to the retainer of **$500.00** already paid by the Debtor, the amount of **$4,500.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

         b. _____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

      3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
         *Check one of the following two lines.*

         __X__  None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

         ___  The following administrative claims will be paid in full.

| **Name of Creditor** | **Estimated Total Payment** |
|---|---|
| | |

6

B. **Priority Claims (including certain Domestic Support Obligations)**.

Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Internal Revenue Service | $19,466.99 |
| PA Dept. of Revenue | $2,801.00 |
| Berkheimer | $1,675.00 |

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

X    None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

\_\_\_    The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim. *This plan provision requires that payments in § 1.A. be for a term of 60 months (see 11 U.S.C. §1322(a)(4)).*

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

   \_\_\_ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   X    To the extent that funds are available, the allowed amount of the following unsecured claims, such as co-signed unsecured debts, will be paid before other, unclassified, unsecured claims. The claim shall be paid interest at the rate stated below. If no rate is stated, the interest rate set forth in the proof of claim shall apply.

| Name of Creditor | Reason for Special Classification | Estimated Amount of Claim | Interest Rate | Estimated Total Payment |
|---|---|---|---|---|
| David Guiga | Nondischargeable | $11,836.00 | N/A | $11,836.00 |

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

7

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

    \_\_\_  None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*
    \_X\_  The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Creditor | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| **LANDLORD** | **Residential Lease** | **$1,250** | **$0.00** | **$0.00** | **$0.00** | **Assume** |

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   \_X\_ plan confirmation.
   \_\_\_ entry of discharge.
   \_\_\_ closing of case:

7. **DISCHARGE: (Check one)**

   (X)    The debtor will seek a discharge pursuant to § 1328(a).
   ( )    The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

| Level 1 | Adequate protection payments | $ -0- | |
|---|---|---|---|
| Level 2 | Debtor's attorney's fees. | $ 4,500.00 | |
| Level 3 | Domestic Support Obligations | $ -0- | |
| Level 4 | Priority claims, pro rata | $23,942.99 | |
| Level 5 | Secured claims, pro rata | $ 4,806.68 | |
| Level 6 | Specially classified unsecured claims | $11,836.00 | |
| Level 7 | General unsecured claims | $ 3,050.69 | |
| Level 8 | Untimely filed unsecured claims to which the debtor(s) has/have not objected. | $ -0- | |
| | Subtotal | | $48,136.36 |
| | Trustee Commission | $ 4,813.64 | |
| | Total | | $52,950.00 |

8

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**


Dated: 9/17/19         /s/ Vincent Rubino
                       VINCENT RUBINO, ESQ., Attorney for Debtor

                       /s/ Donald Leslie Verge
                       Donald Leslie Verge, Debtor

                       /s/ Tracy A. Verge
                       Tracy A. Verge, Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

9