UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DONALD LESLIE VERGE
         AKA: DON VERGE, DONALD L. VERGE,
         DONALD VERGE  DBA: POCONO HOME
         EXTERIORS
         TRACY A. VERGE
         AKA: TRACY A. CORLEY, TRACY VERGE,
         TRACY ANN VERGE
                    Debtor(s)

                                                        CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                    Movant                              CASE NO: 5-19-04007-RNO

vs.

         DONALD LESLIE VERGE
         AKA: DON VERGE, DONALD L. VERGE,
         DONALD VERGE  DBA: POCONO HOME
         EXTERIORS TRACY A. VERGE
         AKA: TRACY A. CORLEY, TRACY VERGE,
         TRACY ANN VERGE
                    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on December 3, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   December 3, 2020                       Respectfully submitted,

                                                /s/   Agatha R. McHale, Esquire
                                                ID:  47613
                                                Attorney for Movant
                                                Charles J. DeHart, III
                                                Standing Chapter 13 Trustee
                                                8125 Adams Drive, Suite A
                                                Hummelstown, PA 17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                eMail:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     DONALD LESLIE VERGE
AKA: DON VERGE, DONALD L. VERGE,
DONALD VERGE
DBA: POCONO HOME EXTERIORS
TRACY A. VERGE                     CHAPTER 13
AKA: TRACY A. CORLEY, TRACY
VERGE, TRACY ANN VERGE

              Debtor(s)                   CASE NO: 5-19-04007-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
              Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        January 6, 2021 at 09:30 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

        **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1800.00**
        **AMOUNT DUE FOR THIS MONTH: $900.00**
        **TOTAL AMOUNT DUE BEFORE HEARING DATE: $2700.00**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

      If **submitting payment by U.S. First Class Mail** mail **to:**
         **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

                                                  Charles J. DeHart, III, Trustee
                                                  8125 Adams Drive, Suite A
                                                  Hummelstown, PA  17036
                                                  Phone:  (717) 566-6097

Dated:  December 3, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     DONALD LESLIE VERGE
AKA: DON VERGE, DONALD L.
VERGE, DONALD VERGE DBA:
POCONO HOME EXTERIORS
TRACY A. VERGE                                  CHAPTER 13
AKA: TRACY A. CORLEY, TRACY
VERGE, TRACY ANN VERGE

                             Debtor(s)                            CASE NO: 5-19-04007-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
         Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 3, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

                                         Served Electronically

| VINCENT RUBINO, ESQUIRE | UNITED STATES TRUSTEE |
| 712 MONROE STREET | SUITE 1190 |
| P.O. BOX 511 | 228 WALNUT STREET |
| STROUDSBURG, PA 18360-0511 | HARRISBURG, PA 17101 |

                                     Served by First Class Mail

DONALD LESLIE VERGE
TRACY A. VERGE
188 ELK DRIVE
BLAKESLEE, PA 18610-

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 3, 2020                  <u>Liz Joyce</u>
                                                    for Charles J. DeHart, III, Trustee
                                                    Suite A, 8125 Adams Dr.
                                                    Hummelstown, PA 17036
                                                    Phone: (717) 566-6097
                                                    eMail: <u>dehartstaff@pamd13trustee.com</u>

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DONALD LESLIE VERGE
AKA: DON VERGE, DONALD L.
VERGE, DONALD VERGE
DBA: POCONO HOME EXTERIORS
TRACY A. VERGE
AKA: TRACY A. CORLEY, TRACY
VERGE, TRACY ANN VERGE

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-04007-RNO

vs.

DONALD LESLIE VERGE
AKA: DON VERGE, DONALD L.
VERGE, DONALD VERGE
DBA: POCONO HOME EXTERIORS
TRACY A. VERGE
AKA: TRACY A. CORLEY, TRACY
VERGE, TRACY ANN VERGE

MOTION TO DISMISS

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.