**Newman Williams, P.C.**
ATTORNEYS AT LAW

A Professional Corporation

P. O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

October 18, 2023

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

                **RE:** *Donald Leslie Verge and Tracy A. Verge*
                     *Case No. 5:19-bk-04007*

Dear Clerk:

    We have been informed by our clients, Donald Leslie Verge and Tracy A. Verge, that they have a new address, as follows:

        397 Mountain Road
        Albrightsville, PA 18210

    Please correct the docket and mailing matrix accordingly. Thank you.

                                  Very truly yours,

                                  */s/ Vincent Rubino*

                                  Vincent Rubino