United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 19-04007-MJC
Donald Leslie Verge                                   Chapter 13
Tracy A. Verge
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                                  User: AutoDocke                                    Page 1 of 5
Date Rcvd: Aug 01, 2025                        Form ID: 3180WJ1                              Total Noticed: 83

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald Leslie Verge, Tracy A. Verge, 397 Mountain Road, Albrightsville, PA 18210-7708 |
| intp | + | Dena Summers, 9 Brinker Drive, Doylestown, PA 18901-7046 |
| 5248335 | + | ALLENTOWN ANES ASSOC INC, LOCK BOX 3357 PO BOX 8500, PHILADELPHIA, PA 19178-0001 |
| 5248340 | + | BERKHEIMER TAX ADMINISTRATION, 50 NORTH SEVENTH STREET, BANGOR, PA 18013-1795 |
| 5248341 | + | BLUE MOUNTAIN HOME HEALTHCARE, 211 N 12TH STREET, LEHIGHTON, PA 18235-1138 |
| 5248342 | + | BRIER CREST WOODS POA, 117 THORNBERRY LANE, BLAKESLEE, PA 18610-7920 |
| 5256970 | + | Berkheimer, for Tunkhannock twp/Pocono Mt. SD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5248352 | | COLON-RECTAL SURGERY ASSOCIATES, 1255 S CEDAR CREST BLVD STE 3900, ALLENTOWN, PA 18103-6250 |
| 5248356 | | DAVID GUIGA, 291 ELK RUN ROAD, POCONO PINES, PA 18350 |
| 5248357 | + | DELL FINL SVCS/WEBBANK, PO BOX 81607, AUSTIN, TX 78708-1607 |
| 5248367 | + | JOHN S BENSON ESQ, PENGLASE & BENSON INC, 18 NORTH MAIN STREET, DOYLESTOWN, PA 18901-4366 |
| 5248368 | + | JOSEPH & VINCENT POTENZO, PO BOX 565, CANADENSIS, PA 18325-0565 |
| 5248369 | + | JOSEPH MCDONALD ESQ, 1651 W MAIN STREET, STROUDSBURG, PA 18360-1023 |
| 5269712 | + | Kelly and Dena Summers, c/o Patrick J. Best, Esq., 18 N. 8th St., Stroudsburg, PA 18360-1718 |
| 5248373 | + | LEHIGH VALLEY ANES SERV, LOCK BOX 3367 PO BOX 8500, PHILADELPHIA, PA 19178-0001 |
| 5248374 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 4067, ALLENTOWN, PA 18105-4067 |
| 5248377 | + | MONROE RADIOLOGY IMAGING PC, PO BOX 12 B, EAST STROUDSBURG, PA 18301-0012 |
| 5248380 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |
| 5248383 | | PHELAN HALLINAN DIAMOND JONES, 1617 JFK BLVD SUITE 1400, ONE PENN CENTER PLAZA, PHILADELPHIA, PA 19103 |
| 5248384 | + | POCONO HEALTHCARE MANAGEMENT, ATTN BILLING OFFICE, PO BOX 827658, PHILADELPHIA, PA 19182-7658 |
| 5248385 | + | POCONO HOME EXTERIORS, 188 ELK DRIVE, BLAKESLEE, PA 18610-7782 |
| 5269711 | + | Patrick J. Best, Esq., 18 N. 8th St., Stroudsburg, PA 18360-1718 |
| 5284239 | + | Patrick J. Best, Esq., ARM Lawyers, 18 N. 8th St., Stroudsburg, PA 18360-1718 |
| 5248391 | + | THOMAS D SUNDMAKER ESQ, 738 MAIN STREET, STROUDSBURG, PA 18360-2048 |
| 5248395 | + | WILLIAM J FRIES ESQ, THE ATRIUM SUITE 106, 2895 HAMILTON BLVD, ALLENTOWN, PA 18104-6172 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 01 2025 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5254712 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 01 2025 18:40:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5248334 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 01 2025 18:40:00 | Absolute Resolutions Invest, 8000 Norman Center Dr., Ste. 350, Minneapolis, MN 55437 |
| 5248336 | | ^ MEBN | Aug 01 2025 18:37:50 | APEX ASSET MGT, 2501 OREGON PIKE STE 120, LANCASTER, PA 17601-4890 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5248337 | ^ | MEBN | Aug 01 2025 18:38:03 | APOTHAKER SCIAN PC, PO BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5248338 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2025 18:41:00 | ATLANTIC CREDIT & FINANCE, PO BOX 13386, ROANOKE, VA 24033-3386 |
| 5248339 | | Email/Text: cms-bk@cms-collect.com | Aug 01 2025 18:40:00 | BARCLAYS BANK DE, C/O CAPITAL MANAGEMENT SVCS, 698 1/2 SOUTH OGDEN ST, BUFFALO, NY 14206-2317 |
| 5248343 | + | Email/Text: bankruptcy@cavps.com | Aug 01 2025 18:41:00 | CALVARY SPV I LLC, 500 SUMMIT LAKE DRIVE, SUITE 400, VALHALLA, NY 10595-2321 |
| 5248344 | + | EDI: CAPIO.COM | Aug 01 2025 22:40:00 | CAPIO PARTNERS, 2222 TEXOMA PKWY, SUITE 150, SHERMAN, TX 75090-2481 |
| 5248345 | | EDI: CAPITALONE.COM | Aug 01 2025 22:40:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5248346 | + | Email/Text: bankruptcy@cavps.com | Aug 01 2025 18:41:00 | CAVALRY, PO BOX 520, VALHALLA, NY 10595-0520 |
| 5248347 | + | EDI: CAPIO.COM | Aug 01 2025 22:40:00 | CF MEDICAL LLC/LEHIGH VALLEY HEALTH, C/O MITCHELL BLUHM & ASSOCIATES, 3400 TEXOMA PARKWAY SUITE 100, SHERMAN, TX 75090-1905 |
| 5248348 | + | EDI: JPMORGANCHASE | Aug 01 2025 22:40:00 | CHASE BANK, PO BOX 15123, WILMINGTON, DE 19850-5123 |
| 5248349 | + | EDI: JPMORGANCHASE | Aug 01 2025 22:40:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850-5298 |
| 5248350 | + | EDI: JPMORGANCHASE | Aug 01 2025 22:40:00 | CHASE MORTGAGE, MAIL CODE LA4-6475, 700 KANSAS LANE, MONROE, LA 71203-4774 |
| 5248351 | | EDI: CITICORP | Aug 01 2025 22:40:00 | CITI CARDS, BOX 6062, SIOUX FALLS, SD 57117 |
| 5248353 | | EDI: WFNNB.COM | Aug 01 2025 22:40:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5248354 | + | Email/Text: constar.administration@constarfinancial.com | Aug 01 2025 18:40:00 | CONSTAR FINANCIAL SERVICES, 10400 N 25TH AVE STE 100, PHOENIX, AZ 85021-1610 |
| 5248355 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 01 2025 18:42:10 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5267108 | | Email/PDF: bncnotices@becket-lee.com | Aug 01 2025 18:42:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5261166 | + | Email/Text: bankruptcy@cavps.com | Aug 01 2025 18:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5248358 | ^ | MEBN | Aug 01 2025 18:37:54 | EMERG CARE SERVICE OF PA, C/O ARS, 1643 NW 136TH AVE BLDG H STE100, SUNRISE, FL 33323-3091 |
| 5248359 | | Email/Text: akron_patient_services@teamhealth.com | Aug 01 2025 18:40:00 | EMERGENCY CARE SERV OF PA, AKRON BILLING CENTER, 3585 RIDGE PARK DRIVE, AKRON, OH 44333-8203 |
| 5248360 | | EDI: AMINFOFP.COM | Aug 01 2025 22:40:00 | FIRST PREMIER BANK, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 5248361 | ^ | MEBN | Aug 01 2025 18:37:52 | FMS, PO BOX 707600, TULSA, OK 74170-7600 |
| 5248362 | + | Email/Text: Banko@frontlineas.com | Aug 01 2025 18:41:00 | FRONTLINE ASSET STRATEGIES, 2700 SNELLING AVE N STE 250, SAINT PAUL, MN 55113-1783 |
| 5248363 | | Email/Text: bankruptcy.notices@hdfsi.com | Aug 01 2025 18:41:00 | HARLEY-DAVIDSON FINANCIAL SVCS, PO BOX 21908, CARSON CITY, NV 89721-1908 |
| 5248364 | | Email/Text: headwaybnc@enova.com | | |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | Aug 01 2025 18:40:00 | HEADWAY CAPITAL, 175 W JACKSON BLVD, SUITE 1000, CHICAGO, IL 60604 |
| 5248365 | ^ MEBN | Aug 01 2025 18:37:51 | HRRG, PO BOX 8486, CORAL SPRINGS, FL 33075-8486 |
| 5263080 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com Aug 01 2025 18:40:00 | | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5248366 | EDI: IRS.COM | Aug 01 2025 22:40:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5248370 | + EDI: JPMORGANCHASE | Aug 01 2025 22:40:00 | JPMORGAN CHASE BANK NA, 1111 POLARIS PARKWAY, COLUMBUS, OH 43240-2050 |
| 5257047 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com Aug 01 2025 18:40:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5276108 | + EDI: JPMORGANCHASE | Aug 01 2025 22:40:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203-4774 |
| 5248372 | EDI: CAPITALONE.COM | Aug 01 2025 22:40:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5254282 | Email/PDF: resurgentbknotifications@resurgent.com Aug 01 2025 18:42:00 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5248375 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2025 18:41:00 | MIDLAND CREDIT MANAGEMENT, 2365 NORTHSIDE DRIVE, SUITE 300, SAN DIEGO, CA 92108-2710 |
| 5248376 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2025 18:41:00 | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 5248378 | ^ MEBN | Aug 01 2025 18:37:52 | MRS BPO LLC, 1930 OLNEY AVE, CHERRY HILL, NJ 08003-2016 |
| 5268289 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2025 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5270357 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2025 18:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5268650 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2025 18:41:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5248379 | + EDI: AGFINANCE.COM | Aug 01 2025 22:40:00 | ONEMAIN, PO BOX 70912, CHARLOTTE, NC 28272-0912 |
| 5266701 | + EDI: AGFINANCE.COM | Aug 01 2025 22:40:00 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 5248381 | ^ MEBN | Aug 01 2025 18:38:30 | PA DEPT OF REVENUE, BUREAU OF COMP LIEN SECTION, PO BOX 280948, HARRISBURG, PA 17128-0948 |
| 5248382 | ^ MEBN | Aug 01 2025 18:37:55 | PA HM ASSOCIATES, C/O ARS, 1643 NW 136TH AVE BLDG H STE 100, SUNRISE, FL 33323-2857 |
| 5248386 | EDI: PRA.COM | Aug 01 2025 22:40:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, NORFOLK, VA 23502-4962 |
| 5266966 | EDI: PRA.COM | Aug 01 2025 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5248387 | ^ MEBN | Aug 01 2025 18:38:12 | PPL ELECTRIC UTILITIES, 827 HOUSMAN ROAD, ALLENTOWN, PA 18104-9392 |
| 5251361 | + EDI: PENNDEPTREV | Aug 01 2025 22:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5267225 | + | EDI: JEFFERSONCAP.COM | Aug 01 2025 22:40:00 | 17128-0946<br>Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5248388 | | Email/Text: EBN_Waco@Receivemorermp.com | Aug 01 2025 18:41:00 | SOUTH JERSEY HEALTH SYSTEM, C/O PMAB LLC, 4135 SOUTHSTREAM BLVD, CHARLOTTE, NC 28217-4523 |
| 5248389 | | EDI: SYNC | Aug 01 2025 22:40:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5249100 | ^ | MEBN | Aug 01 2025 18:38:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5248392 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 01 2025 18:40:00 | TOYOTA FINANCIAL SERVICES, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 5254305 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 01 2025 18:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5248393 | | EDI: USBANKARS.COM | Aug 01 2025 22:40:00 | US BANK, CARDMEMBER SERVICE, PO BOX 6339, FARGO, ND 58125-6339 |
| 5248394 | + | Email/PDF: DellBKNotifications@resurgent.com | Aug 01 2025 18:42:00 | WEB BANK/DELL, PO BOX 81607, AUSTIN, TX 78708-1607 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5269716 | *+ | Patrick J. Best, Esq., 18 N. 8th St., Stroudsburg, PA 18360-1718 |
| 5255890 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5248371 | ##+ | KELLY & DENA SUMMERS, 60 SOUTH SHORE DRIVE, LAKE ARIEL, PA 18436-4855 |
| 5248390 | ##+ | TED E WAGNER & EMILIA R WAGNER, 1146 S TREELINE DRIVE, ALLENTOWN, PA 18103-6050 |
| 5269335 | ##+ | Ted E. Wagner and Emilia R. Wagner, 1146 South Treeline Drive, Allentown, PA 18103-6050 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

James Warmbrodt
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

Jerome B Blank
    on behalf of Creditor Jpmorgan Chase Bank National Association pamb@fedphe.com

Monroe County Tax Claim Bureau
    TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov

Robert J Kidwell, III
    on behalf of Debtor 1 Donald Leslie Verge rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Robert J Kidwell, III
    on behalf of Debtor 2 Tracy A. Verge rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Thomas Song
    on behalf of Creditor Jpmorgan Chase Bank National Association tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 1 Donald Leslie Verge lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

Vincent Rubino
    on behalf of Debtor 2 Tracy A. Verge lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Donald Leslie Verge<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3992<br>EIN   20–4350114 |
| Debtor 2<br>(Spouse, if filing) | Tracy A. Verge<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8153<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:19–bk–04007–MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Donald Leslie Verge
    aka Donald L. Verge, aka Donald Verge, aka
    Don Verge, dba Pocono Home Exteriors

**By the court:**

8/1/25

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W      **Chapter 13 Discharge**      page 2